1  ROBERT T. HASLAM (Bar No. 71134)
2  (rhaslam@cov.com)
   COVINGTON & BURLING LLP
3  333 Twin Dolphin Drive, Suite 700
   Redwood Shores, California 94065
4  Telephone:  (650) 632-4700
   Facsimile:  (650) 632-4800
5
6  *Attorneys for Plaintiffs*
   *Apple Inc. and Apple Sales International*
7
8
9
10                     UNITED STATES DISTRICT COURT
11                    SOUTHERN DISTRICT OF CALIFORNIA
12

13  APPLE INC. and APPLE SALES
    INTERNATIONAL,
14                                              Civil Case No.:  3:12cv00355 JLS (BLM)
            Plaintiffs,
15
    v.
16                                              **CERTIFICATE OF SERVICE**
    MOTOROLA MOBILITY, INC.
17
            Defendant.
18

1  I, Ann Taylor, declare as follows:

2  I am employed with the law firm of Covington & Burling LLP, whose address is 333
3  Twin Dolphin Drive, Suite 700, Redwood Shores, CA 94065. I am over the age of eighteen and
4  not a party to this action.

5  On February 15, 2012, I caused the following documents to be served:

6  **PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

7
8  on the below party in this action, by hand delivery, by placing true and correct copies in a sealed
9  envelope(s) addressed as follows :

10  Motorola Mobility, Inc. 600 North U.S. Highway 45, Libertyville, IL 60048
    c/o CT Corporation System
11  818 W. Seventh Street, Los Angeles, CA 90017

12
13  I declare under penalty of perjury under the laws of United States that the foregoing is true
14  and correct and that this proof of service was executed on February 15, 2012 at Redwood Shores,
15  California.

16
17
18  _____
19  Ann Taylor
    Senior Paralegal
20
21
22
23
24
25
26
27
28

1

CERTIFICATE OF SERVICE
CASE NO. 3:12cv00355 JLS (BLM)