| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| 2 | Peter E. Perkowski (SBN: 199491)<br>E-mail: pperkowski@winston.com |
| 3 | 333 S. Grand Avenue<br>Los Angeles, California 90071-1541 |
| 4 | Tel:  (213) 615-1819<br>Fax: (213) 615-1750 |
| 5 | WINSTON & STRAWN LLP |
| 6 | James F. Hurst (*pro hac vice*)<br>E-mail: jhurst@winston.com |
| 7 | Michael L. Brody (*pro hac vice*)<br>E-mail: mbrody@winston.com |
| 8 | 35 W. Wacker Drive<br>Chicago, Illinois  60601-9703 |
| 9 | Tel:  (312) 558-5600<br>Fax: (312) 558-5700 |
| 10 | WINSTON & STRAWN LLP |
| 11 | Peter J. Chassman (*pro hac vice*)<br>E-mail:  pchassman@winston.com |
| 12 | 1111 Louisiana, 25th Floor<br>Houston, Texas 77002-5242 |
| 13 | Tel:  (713) 651-2623<br>Fax: (713) 651-2700 |
| 14 | Attorneys for Motorola Mobility LLC (f/k/a Motorola Mobility, Inc.) |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE, INC. and APPLE SALES INTERNATIONAL,<br><br>         Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>         Defendant. | Case No.  3:12-cv-00355 DMS-BLM<br><br>**MOTOROLA MOBILITY LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint filed:  February 10, 2012<br>(amended April 2, 2012)<br>(amended August 3, 2012)<br><br>Judge:           Hon. Dana M. Sabraw<br>Magistrate Judge:  Hon. Barbara Lynn Major<br><br>Trial Date:      Not Set |

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Motorola Mobility LLC hereby discloses the following:

Effective May 22, 2012, more than 10% ownership of Motorola Mobility LLC (formerly Motorola Mobility, Inc.) is held by Google, Inc., which trades on NASDAQ under the ticker symbol GOOG.

Dated: August 27, 2012

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: /s/ *Peter E. Perkowski*

Peter E. Perkowski (SBN: 199491)
333 S. Grand Avenue
Los Angeles, California 90071-1541
Tel: (213) 615-1819
Fax: (213) 615-1750

James F. Hurst *(admitted pro hac vice)*
Michael L. Brody *(admitted pro hac vice)*
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Tel: (312) 558-5600
Fax: (312) 558-5700

Peter J. Chassman *(admitted pro hac vice)*
1111 Louisiana, 25th Floor
Houston, Texas 77002-5242
Tel: (713) 651-2623
Fax: (713) 651-2700

*Attorneys for* Motorola Mobility, LLC (f/k/a Motorola Mobility, Inc.)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2012, I caused this document to be electronically filed with the Clerk of the Court using the ECF System of the U.S. District Court for the Southern District of California, which will send notification of such filing to, constituting service of this document on, all filing users.

/s/ *Peter E. Perkowski*
Peter E. Perkowski