UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC. and APPLE SALES INTERNATIONAL,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>　　　　　　　Defendant. | Case No. 12cv355-BEN (BLM)<br><br>**ORDER DIRECTING RULE 26 COMPLIANCE AND SETTING CASE MANAGEMENT CONFERENCE** |

On September 26, 2012 the Court convened a telephonic Early Neutral Evaluation conference ("ENE") in the above-entitled action. Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

1. Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-E) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26;

2. The Rule 26(f) conference shall be completed on or before **October 10, 2012**;

3. A joint discovery plan shall be lodged with Magistrate Judge Barbara L. Major (via email address efile_major@casd.uscourts.gov) on or before **October 17, 2012**;

4. Initial disclosures pursuant to Rule 26(a)(1)(A-E) shall occur on or before

**October 17, 2012**; and,

5. A Case Management Conference pursuant to Rule 16(b) shall be held on **October 24, 2012** at **9:00 a.m.**, or as soon thereafter as the Court's calendar will allow, with the chambers of Magistrate Judge Major. **Counsel shall appear telephonically.** The Court will initiate the conference call.

Parties are hereby warned that failure to comply with this Order may result in the imposition of sanctions. Additionally, failure to respond to discovery requests or to comply with the Federal Rules of Civil Procedure regarding discovery may result in the imposition of sanctions including monetary sanctions, evidentiary sanctions and the dismissal or default of your case.

**IT IS SO ORDERED.**

DATED: September 26, 2012

*Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge