# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

IN RE CASES TO BE  ) ORDER OF TRANSFER
TRANSFERRED TO THE )
CALENDAR OF THE HONORABLE )
GONZALO P. CURIEL )

The following civil cases are hereby transferred from the calendar of the Honorable Roger T. Benitez to the calendar of the Honorable GONZALO P. CURIEL.  After this transfer, the case numbers should be changed to reflect Judge Curiel's initials.  Therefore, in all case numbers, the "BEN" that appears after the case number must be changed to "GCP."  The assigned Magistrate Judge will remain the same.  This change should be made on all future filings to ensure that all documents are properly routed to Judge Curiel.

All pending motion dates and pretrial conference dates currently scheduled before Judge Benitez are VACATED to be re-set by Judge Curiel:

| # | Case Number | Case Name |
|---|---|---|
| 1. | 09-cv-02541-BEN-KSC | Spencer v. Lattimore et al |
| 2. | 11-cv-00972-BEN-JMA | American Wave Machines, Inc. v. Waves of Fun, Inc. et al |
| 3. | 11-cv-01318-BEN-MDD | T&S Enterprises, LLC v. Sumitomo Corporation of America et al |
| 4. | 12-cv-00355-BEN-BLM | Apple Inc. et al v. Motorola Mobility, Inc. |
| 5. | 12-cv-00691-BEN-DHB | John Hancock Life Insurance Company (U.S.A.) v. Duncan et al |
| 6. | 12-cv-00754-BEN-DHB | J.A.W. Land & Trading, LLC v. Kelly et al |
| 7. | 12-cv-01278-BEN-WMC | Old Globe Theater v. Booth Seating Company et al |
| 8. | 12-cv-01312-BEN-WVG | Tesoro Refining and Marketing Company v. California Finest Oil et al |
| 9. | 12-cv-01339-BEN-BLM | Navarro v. UCSD School of Medicine |
| 10. | 12-cv-01754-BEN-DHB | Starritt v. Kramer & Associates et al |
| 11. | 12-cv-02387-BEN-BLM | Gann v. Cate et al |

1 | **IT IS SO ORDERED**.
2 | DATED:  October 9, 2012

Hon. Roger T. Benitez
United States District Judge

7 | COPY TO:
8 | HON. GONZALO P. CURIEL
UNITED STATES DISTRICT JUDGE
9 | ALL PARTIES/COUNSEL