1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC. and APPLE SALES INTERNATIONAL,<br><br>                    Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>                    Defendant. | Case No. 12cv355-GPC (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR INITIAL DISCLOSURES AND JOINT DISCOVERY PLAN AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>[ECF No. 92] |

On October 17, 2012, the parties in this case submitted a joint motion to extend the deadlines to exchange initial disclosures and submit a joint discovery plan. ECF No. 92. In support, the parties state that after meeting and conferring, there are a number of outstanding discovery issues that need to be resolved before the parties submit their joint discovery plan. Id. at 2. The parties also request that the telephonic Case Management Conference scheduled for October 24, 2012 be continued due to Plaintiff's counsel's unavailability on that date. Id. After reviewing the parties' joint motion, and having found good cause, the Court **GRANTS** the motion. Accordingly, the parties must exchange initial disclosures and submit their joint discovery plan on or before **October 24, 2012**, and the
/ / /

1 | telephonic Case Management Conference scheduled for October 24, 2012 at 9:00 a.m. is
2 | hereby **CONTINUED** to **October 31, 2012** at **9:30 a.m.**
3 |     **IT IS SO ORDERED.**
4 | DATED: October 18, 2012

                                        _____
                                        BARBARA L. MAJOR
                                        United States Magistrate Judge