1  WINSTON & STRAWN LLP
   Peter E. Perkowski (SBN: 199491)
2  E-mail: pperkowski@winston.com
   333 S. Grand Avenue
3  Los Angeles, California 90071-1541
   Tel:  (213) 615-1819
4  Fax: (213) 615-1750

5  WINSTON & STRAWN LLP
   James F. Hurst (*pro hac vice*)
6  E-mail: jhurst@winston.com
   Michael L. Brody (*pro hac vice*)
7  E-mail: mbrody@winston.com
   35 W. Wacker Drive
8  Chicago, Illinois  60601-9703
   Tel:  (312) 558-5600
9  Fax: (312) 558-5700

10 WINSTON & STRAWN LLP
   Peter J. Chassman (*pro hac vice*)
11 E-mail:  pchassman@winston.com
   1111 Louisiana, 25th Floor
12 Houston, Texas 77002-5242
   Tel:  (713) 651-2623
13 Fax: (713) 651-2700

14 Attorneys for Motorola Mobility LLC

15 ADDITIONAL COUNSEL LISTED ON
   FOLLOWING PAGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC. AND APPLE SALES INTERNATIONAL,<br><br>            Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>            Defendant. | Case No.  3:12-cv-00355-GPC-BLM<br><br>**JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER RELATING TO CERTAIN DATES FOR EXPERT DESIGNATIONS**<br><br>Complaint filed:    February 10, 2012<br>                            (amended April 2, 2012)<br>                            (amended August 3, 2012)<br><br>Judge:                   Hon.  Gonzalo P. Curiel<br>Magistrate Judge: Hon. Barbara Lynn Major<br><br>Trial Date:             Not Set |

GIBSON, DUNN & CRUTCHER LLP
JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
(admitted *pro hac vice*)
SCOTT A. LESLIE (admitted *pro hac vice*)
sleslie@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212-351-2490
Facsimile: 212-351-6390

MERYL L. YOUNG (CA SBN 110156)
myoung@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Attorneys for Plaintiffs
Apple Inc. and Apple Sales International

Defendant Motorola Mobility LLC ("Motorola") and Plaintiffs Apple Inc. and Apple Sales International ("Apple") respectfully request that the Court modify its Case Management Conference Order [docket # 99] ("Order") in this case to allow for Apple's designation of a replacement technical expert and to enlarge the time within which Motorola may designate a rebuttal technical expert. The present deadline for the parties to designate rebuttal experts is February 15, 2012. There is no deadline in the Order for the designation of replacement experts. The parties have agreed to this replacement-expert designation and corresponding extension for disclosing a rebuttal expert, subject to the Court's approval. In support, the parties state:

The Case Management Order states: "Each party shall serve on all opposing parties a list of experts, whom that party expects to call at trial, on or before January 25, 2013. Each party may supplement its designation in response to the other party's designation no later than February 15, 2013." Order at 2. Further, the order states that the dates and times set forth in the Case Management Conference Order will not be modified except for good cause shown.

On January 25, 2013, Apple designated Dr. Martin G. Walker as an expert on technical issues. On January 29, 2013, Motorola objected to Apple's designation of Dr. Walker. In the process of the parties meeting and conferring on discovery issues and issues related to the case, Apple confirmed on February 6 that it would withdraw Dr. Walker as an expert in this case in light of Motorola's objections and would disclose a replacement technical expert as soon as possible. On February 9, 2013, Motorola requested, in light of Apple's agreement to designate a replacement technical expert, that Apple consent to additional time for Motorola to disclose an expert in rebuttal to Apple's replacement technical expert, so as to have more time to consider Apple's replacement beforehand. On February 12, 2013, the parties agreed to the filing of this joint motion to request that Motorola be given until next Friday, February 22, 2013, to designate a rebuttal expert in response to Apple's replacement technical expert, which Apple disclosed today, February 13, 2013.

The deadline for any designation of other rebuttal experts is to remain February 15, 2013, per the Order.

Further, the parties ask that this motion be granted for good cause and so that justice may be served.

Good cause having been shown, the parties request that the Court issue the Proposed Order granting Apple until and including February 13, 2013 to designate its replacement expert on technical issues and Motorola until and including February 22, 2013 to designate its rebuttal expert, if any, on technical issues.

In accordance with Local Rule 7.2, the parties also separately submitted a Proposed Order granting the relief requested.

Dated: February 13, 2013                    Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ Peter J. Chassman

WINSTON & STRAWN LLP
Peter J. Chassman (*pro hac vice*)
pchassman@winston.com
1111 Louisiana, 25th Floor
Houston, Texas 77002-5242
Tel:  (713) 651-2623
Fax: (713) 651-2700

WINSTON & STRAWN LLP
Peter E. Perkowski (SBN: 199491)
E-mail: pperkowski@winston.com
333 S. Grand Avenue
Los Angeles, California 90071-1541
Tel:  (213) 615-1819
Fax: (213) 615-1750

WINSTON & STRAWN LLP
James F. Hurst (*pro hac vice*)
E-mail: jhurst@winston.com
Michael L. Brody (*pro hac vice*)
E-mail: mbrody@winston.com
35 W. Wacker Drive
Chicago, Illinois  60601-9703
Tel:  (312) 558-5600
Fax: (312) 558-5700

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Scott A. Leslie

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
(admitted *pro hac vice*)
SCOTT A. LESLIE (admitted *pro hac vice*)
sleslie@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212-351-2490
Facsimile: 212-351-6390

MERYL L. YOUNG (CA SBN 110156)
myoung@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

*Attorneys for Plaintiffs Apple Inc. and Apple Sales International LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 13, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and /or overnight delivery.

/s/ Peter J. Chassman
Peter J. Chassman