UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC. and APPLE SALES INTERNATIONAL,<br><br>    Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>    Defendant. | Case No. 12cv355-GPC (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION FOR PLAINTIFF TO DESIGNATE REPLACEMENT EXPERT AND FOR DEFENDANT TO DESIGNATE REBUTTAL EXPERT**<br><br>[ECF No. 104] |

On February 13, 2013, the parties in this case filed a joint motion for an extension to allow Plaintiffs to designate a replacement technical expert and for Defendant to designate a rebuttal technical expert to Plaintiffs' replacement designation. ECF No. 104. In support, the parties state that Defendant objected to Plaintiffs' initial expert designation, and that Plaintiffs subsequently agreed to withdraw their initial expert and designate a replacement expert. Id. at 2. The current deadline for the parties to designate rebuttal experts is February 15, 2013. ECF No. 99. Having reviewed the parties' joint motion, and having found good cause, the joint motion is **GRANTED**. Accordingly, the case management schedule is modified as follows:

  1. Plaintiffs Apple Inc. and Apple Sales International must designate a replacement technical expert by **February 13, 2013**.

/ / /

2. Defendant Motorola Mobility LLC must designate any rebuttal technical expert by **February 22, 2013**.

All other dates remain as previously set. See ECF No. 99.

**IT IS SO ORDERED.**

DATED: February 14, 2013

*/s/ Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge