WINSTON & STRAWN LLP
Peter E. Perkowski (SBN: 199491)
E-mail: pperkowski@winston.com
333 S. Grand Avenue
Los Angeles, California 90071-1541
Tel: (213) 615-1819
Fax: (213) 615-1750

WINSTON & STRAWN LLP
James F. Hurst (admitted *pro hac vice*)
E-mail: jhurst@winston.com
Michael L. Brody (admitted *pro hac vice*)
E-mail: mbrody@winston.com
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Tel: (312) 558-5600
Fax: (312) 558-5700

WINSTON & STRAWN LLP
Peter J. Chassman (*admitted pro hac vice*)
E-mail: pchassman@winston.com
1111 Louisiana, 25th Floor
Houston, Texas 77002-5242
Tel: (713) 651-2623
Fax: (713) 651-2700

Attorneys for Motorola Mobility LLC

ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC. AND APPLE SALES INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>Defendant. | Case No. 3:12-cv-00355-GPC-BLM<br>**JOINT MOTION FOR EXTENSION OF DEADLINE FOR MOTOROLA TO BRING DISCOVERY MOTION**<br><br>Complaint filed:  February 10, 2012<br>(amended April 2, 2012)<br>(amended August 3, 2012)<br><br>Judge:  Hon. Gonzalo P. Curiel<br>Magistrate Judge:  Hon. Barbara Lynn Major<br><br>Trial Date:  Not Set |

| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | JOSH A. KREVITT (CA SBN 208552) |
| 2 | jkrevitt@gibsondunn.com |
| | (admitted *pro hac vice*) |
| 3 | SCOTT A. LESLIE (admitted *pro hac vice*) |
| | sleslie@gibsondunn.com |
| 4 | 200 Park Avenue |
| | New York, NY 10166-0193 |
| 5 | Telephone: 212-351-2490 |
| | Facsimile: 212-351-6390 |
| 6 | |
| | MERYL L. YOUNG (CA SBN 110156) |
| 7 | myoung@gibsondunn.com |
| | 3161 Michelson Drive |
| 8 | Irvine, CA 92612-4412 |
| | Telephone: (949) 451-3800 |
| 9 | Facsimile: (949) 451-4220 |
| 10 | Attorneys for Plaintiffs |
| | Apple Inc. and Apple Sales International |

CASE NO. 3:12cv00355-GPC-BLM
JOINT MOTION FOR EXTENSION OF DEADLINE FOR MOTOROLA TO BRING DISCOVERY MOTION

1    Defendant Motorola Mobility LLC ("Motorola") and Plaintiffs Apple Inc. and Apple
2    Sales International ("Apple") respectfully request that the Court grant a 10-day extension of the
3    60-day deadline, set forth in the Court's Case Management Conference Order [docket # 99]
4    ("Case Management Order") in this case, for Motorola to file a discovery motion concerning
5    Apple's responses to Motorola's first sets of interrogatories and requests for the production of
6    documents.  The parties seek the extension so that they may continue to attempt to resolve issues
7    concerning those discovery requests in the hopes of not having to involve the Court, so that
8    Apple may serve supplemental responses to Motorola's interrogatories and requests for
9    production by February 22, 2013, and so that Motorola will have time to assess the sufficiency of
10   those supplemental responses.  The current deadline for Motorola to file a discovery motion with
11   regard to Apple's responses to Motorola's first sets of interrogatories and requests for production
12   is February 19, 2013.  Should the Court grant the present joint motion, Motorola's new deadline
13   to file a discovery motion concerning Apple's responses to Motorola's first sets of
14   interrogatories and requests for production would be March 1, 2013.  In support, the parties state:
15        Paragraph 5 of the Case Management Order states: "All discovery motions shall be filed
16   within thirty (30) days after counsel have met and conferred and reached an impasse with regard
17   to any particular discovery issue, but in no event shall discovery motions be filed more that sixty
18   (60) days after the date upon which the event giving rise to the discovery dispute occurred. . . .
19   For written discovery, the event giving rise to the discovery dispute is either the service of the
20   response, or, if no response was served, the initial date the response was due."
21        Motorola served its first set of interrogatories and first set of requests for production on
22   November 21, 2012.  Apple served its responses and objections to Motorola's first set of
23   interrogatories and first set of requests for production on December 21, 2012.  Thus, the deadline
24   for Motorola to file a discovery motion is February 19, 2013.
25        The parties have diligently met and conferred regarding discovery issues.  In so doing,
26   Apple has agreed to supplement its responses to certain of Motorola's interrogatories and
27   requests for production by February 22, 2013 in an attempt to address objections raised by
28   Motorola.  Moreover, the parties continue to discuss a small number of remaining disagreements

concerning Apple's responses to Motorola's requests for production in the hopes of reaching a compromise. Thus, the parties request that the Court grant the proposed extension.

Further, the parties ask that this motion be granted for good cause and so that justice may be served.

Good cause having been shown, the parties request that the Court issue the Proposed Order extending the 60-day deadline for Motorola to bring a discovery motion concerning Apple's responses to Motorola's first set of interrogatories and first set of requests for the production of documents until and including March 1, 2013.

In accordance with Local Rule 7.2, the parties also separately submitted a Proposed Order granting the relief requested.

Dated: February 19, 2013                    Respectfully submitted,

                                            WINSTON & STRAWN LLP

                                            By: /s/ Peter J. Chassman

                                            WINSTON & STRAWN LLP
                                            Peter J. Chassman (*pro hac vice*)
                                            pchassman@winston.com
                                            1111 Louisiana, 25th Floor
                                            Houston, Texas 77002-5242
                                            Tel: (713) 651-2623
                                            Fax: (713) 651-2700

                                            WINSTON & STRAWN LLP
                                            Peter E. Perkowski (SBN: 199491)
                                            E-mail: pperkowski@winston.com
                                            333 S. Grand Avenue
                                            Los Angeles, California 90071-1541
                                            Tel: (213) 615-1819
                                            Fax: (213) 615-1750

                                            WINSTON & STRAWN LLP
                                            James F. Hurst (*pro hac vice*)
                                            E-mail: jhurst@winston.com
                                            Michael L. Brody (*pro hac vice*)
                                            E-mail: mbrody@winston.com
                                            35 W. Wacker Drive
                                            Chicago, Illinois 60601-9703
                                            Tel: (312) 558-5600
                                            Fax: (312) 558-5700

|   |   |
|---|---|
| 1 |   |
| 2 | GIBSON, DUNN & CRUTCHER LLP |
| 3 | By: /s/ Scott A. Leslie |
| 4 | JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>(admitted *pro hac vice*) |
| 5 | SCOTT A. LESLIE (admitted *pro hac vice*)<br>sleslie@gibsondunn.com |
| 6 | 200 Park Avenue<br>New York, NY 10166-0193 |
| 7 | Telephone: 212-351-2490<br>Facsimile: 212-351-6390 |
| 8 |   |
| 9 | MERYL L. YOUNG (CA SBN 110156)<br>myoung@gibsondunn.com |
| 10 | 3161 Michelson Drive<br>Irvine, CA 92612-4412 |
| 11 | Telephone: (949) 451-3800<br>Facsimile: (949) 451-4220 |
| 12 | *Attorneys for Plaintiffs Apple Inc. and Apple Sales International LLC* |
| 13 |   |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 19, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and /or overnight delivery.

/s/ Peter J. Chassman
Peter J. Chassman