GIBSON, DUNN & CRUTCHER LLP
JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
(admitted *pro hac vice*)
SCOTT A. LESLIE (admitted *pro hac vice*)
sleslie@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212-351-2490
Facsimile: 212-351-6390

MERYL L. YOUNG (CA SBN 110156)
myoung@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Attorneys for Plaintiffs
Apple Inc. and Apple Sales International

ADDITIONAL COUNSEL LISTED ON
FOLLOWING PAGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC. AND APPLE SALES INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>Defendant. | Case No. 3:12-cv-00355-GPC-BLM<br><br>**JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER**<br><br>Complaint filed: February 10, 2012<br>(amended April 2, 2012)<br>(amended August 3, 2012)<br><br>Judge: Hon. Gonzalo P. Curiel<br>Magistrate Judge: Hon. Barbara Lynn Major<br><br>Trial Date: Not Set |

| | |
|---|---|
| 1 | WINSTON & STRAWN LLP<br>Peter E. Perkowski (SBN: 199491) |
| 2 | E-mail: pperkowski@winston.com<br>333 S. Grand Avenue |
| 3 | Los Angeles, California 90071-1541<br>Tel:  (213) 615-1819 |
| 4 | Fax: (213) 615-1750 |
| 5 | WINSTON & STRAWN LLP<br>James F. Hurst (admitted *pro hac vice*) |
| 6 | E-mail: jhurst@winston.com<br>Michael L. Brody (admitted *pro hac vice*) |
| 7 | E-mail: mbrody@winston.com<br>35 W. Wacker Drive |
| 8 | Chicago, Illinois  60601-9703<br>Tel:  (312) 558-5600 |
| 9 | Fax: (312) 558-5700 |
| 10 | WINSTON & STRAWN LLP<br>Peter J. Chassman (*admitted pro hac vice*) |
| 11 | E-mail:  pchassman@winston.com<br>Gregory A. Duffey |
| 12 | Email:  gduffey@winston.com<br>1111 Louisiana, 25th Floor |
| 13 | Houston, Texas 77002-5242<br>Tel:  (713) 651-2623 |
| 14 | Fax: (713) 651-2700 |
| 15 | Attorneys for Motorola Mobility LLC |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Plaintiffs Apple Inc. and Apple Sales International ("Apple"), and Defendant Motorola Mobility LLC ("Motorola") respectfully move the Court to modify the Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings [ECF No. # 99] ("Case Management Order"), as modified by the March 8, 2013 Order Granting Joint Motion for Extension of Case Management Dates [ECF No. 108] and the May 7, 2013 Order Granting Joint Motion to Continue Case Schedule [ECF No. 115], to extend the remaining deadlines in this case. The parties have been pursuing document discovery, third party depositions, and have served their respective opening expert reports on June 21, 2013, but the parties need additional time to complete document production, to take 30(b)(6) depositions, and to complete other discovery in advance of serving rebuttal expert reports. In light of the proposed extension of deadlines regarding completion of discovery, the parties further agree to seek extension of the subsequent deadlines through trial. Accordingly, the parties propose the extension of deadlines as set forth in the chart below.

The present deadlines set in the proposed Order Granting Joint Motion for Extension of Case Management Dates and proposed, revised deadlines are shown below.

| Event | Present Deadline | Proposed Deadline |
|---|---|---|
| Rebuttal Expert Reports | July 26, 2013 | September 6, 2013 |
| Fact Discovery Cutoff | August 23, 2013 | October 4, 2013 |
| Expert Discovery Cutoff | August 26, 2013 | October 7, 2013 |
| Pretrial Motions | September 11, 2013 | October 23, 2013 |
| Pretrial Disclosures | January 10, 2014 | February 21, 2014 |
| Meet and Confer (See Local Rule 16.1(f)(4)) | January 17, 2014 | February 28, 2014 |
| Lodging of Proposed Pretrial Conference Order | January 31, 2014 | March 14, 2014 |
| Final Pretrial Conference | February 7, 2014 at 1:30 p.m. | March 21, 2014 at 1:30 p.m. |

The parties ask that this motion be granted for good cause and so that justice may be served and that the Court issue the Proposed Order modifying the Case Management Order in

1  accordance with the proposed dates set forth above.

2        In accordance with Local Rule 7.2, the parties also separately submit a Proposed Order
3  granting the relief requested.

4

5  Dated: July 19, 2013                        Respectfully submitted,

6                                       GIBSON, DUNN & CRUTCHER LLP

7                                       By: _/s/ Scott A. Leslie_

8                                     JOSH A. KREVITT (CA SBN 208552)
                                 jkrevitt@gibsondunn.com
9                                   (admitted *pro hac vice*)
                                 SCOTT A. LESLIE (admitted *pro hac vice*)
10                                  sleslie@gibsondunn.com
                                 200 Park Avenue
11                                  New York, NY 10166-0193
                                 Telephone: 212-351-2490
12                                  Facsimile: 212-351-6390

13                                  MERYL L. YOUNG (CA SBN 110156)
                                 myoung@gibsondunn.com
14                                  3161 Michelson Drive
                                 Irvine, CA 92612-4412
15                                  Telephone: (949) 451-3800
                                 Facsimile: (949) 451-4220
16

17                                  *Attorneys for Plaintiffs Apple Inc. and Apple Sales International*

18

19                                  WINSTON & STRAWN LLP

20                                  By: _/s/ Peter J. Chassman_

21                                  WINSTON & STRAWN LLP
                                 Peter J. Chassman (*pro hac vice*)
22                                  pchassman@winston.com
                                 Gregory A. Duffey
23                                  Email:  gduffey@winston.com
                                 1111 Louisiana, 25th Floor
24                                  Houston, Texas 77002-5242
                                 Tel:  (713) 651-2623
25                                  Fax: (713) 651-2700

26                                  WINSTON & STRAWN LLP
                                 Peter E. Perkowski (SBN: 199491)
27                                  E-mail: pperkowski@winston.com
                                 333 S. Grand Avenue
28                                  Los Angeles, California 90071-1541

|   |   |
|---|---|
| 1 | Tel:  (213) 615-1819<br>Fax: (213) 615-1750 |
| 2 |   |
| 3 | WINSTON & STRAWN LLP<br>James F. Hurst (*pro hac vice*)<br>E-mail: jhurst@winston.com |
| 4 | Michael L. Brody (*pro hac vice*)<br>E-mail: mbrody@winston.com |
| 5 | 35 W. Wacker Drive<br>Chicago, Illinois  60601-9703 |
| 6 | Tel:  (312) 558-5600<br>Fax: (312) 558-5700 |
| 7 | *Attorneys for Defendant Motorola Mobility LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 19th, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

/s/ *Peter J. Chassman*
Peter J. Chassman