| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| 2 | Peter E. Perkowski (SBN: 199491)<br>E-mail: pperkowski@winston.com |
| 3 | 333 S. Grand Avenue<br>Los Angeles, California 90071-1541 |
| 4 | Tel:  (213) 615-1819<br>Fax: (213) 615-1750 |
| 5 | WINSTON & STRAWN LLP |
| 6 | Peter J. Chassman (*pro hac vice*)<br>E-mail:  pchassman@winston.com |
| 7 | Gregory A. Duffey (*pro hac vice*)<br>E-mail:  gduffey@winston.com |
| 8 | 1111 Louisiana, 25th Floor<br>Houston, Texas 77002-5242 |
| 9 | Tel:  (713) 651-2623<br>Fax: (713) 651-2700 |
| 10 | Attorneys for Motorola Mobility LLC |
| 11 | **ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGE** |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC. and APPLE SALES INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>Defendant. | Case No.  3:12-cv-00355-GPC-BLM<br><br>**MOTOROLA'S DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3)**<br><br>Complaint filed: February 10, 2012<br>(amended April 2, 2012)<br>(amended August 3, 2012)<br><br>Hearing Date: April 18, 2014<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 2D<br>Judge: Hon. Gonzalo P. Curiel<br>Magistrate Judge: Hon. Barbara Lynn Major<br>Trial Date: Not Set |

| | |
|---|---|
| 1 | **ADDITIONAL COUNSEL OF RECORD** |
| 2 | WINSTON & STRAWN LLP |
|   | James F. Hurst (*pro hac vice*) |
| 3 | E-mail: jhurst@winston.com |
|   | Michael L. Brody (*pro hac vice*) |
| 4 | E-mail: mbrody@winston.com |
|   | 35 W. Wacker Drive |
| 5 | Chicago, Illinois  60601-9703 |
|   | Tel:  (312) 558-5600 |
| 6 | Fax: (312) 558-5700 |
| 7 | |
|   | Attorneys for Motorola Mobility LLC |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CASE NO. 3:12-cv-00355-GPC-BLM
MOTOROLA'S DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3)

Pursuant to the Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings dated November 5, 2012 (ECF No. 99), as modified by the February 21, 2014 Order Granting Joint Motion to Modify Case Management Conference Order (ECF No. 226), and Federal Rule of Civil Procedure 26(a)(3), Motorola submits the following information regarding the evidence that it may present at trial. Motorola reserves the right to supplement or amend these disclosures.

## I. IDENTIFICATION OF PROSPECTIVE WITNESSES

Pursuant to CivLR 16.1.f.2.d, Motorola sets forth the following names and addresses of all prospective witnesses, except impeaching witnesses, and, in the case of expert witnesses, a brief narrative statement of qualifications of such witness and the substance of the testimony which such witness is expected to give.

| Name | Address and Telephone Number | Motorola Expects to Present | Motorola May Call if Need Arises | In person | Via deposition |
|---|---|---|---|---|---|
| K. McNeill Taylor | Through Winston & Strawn LLP 1111 Louisiana Houston, TX 77007 Tel. (713) 651-2600 | √ | | √ | √ |
| Kirk W. Dailey | Through Motorola's litigation counsel of record. | √ | | √ | √ |
| Tim Kowalski | Through Motorola's litigation counsel of record. | √ | | √ | √ |
| Brian C. Blasius | Through Motorola's litigation counsel of record. | √ | | √ | √ |
| Fabian Gonell | Qualcomm Inc. 5775 Morehouse Dr. San Diego, CA 92121 Tel. (858) 587-1121 | √ | | √ | √ |

1   CASE NO. 3:12-cv-00355-GPC-BLM
MOTOROLA'S DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3)

| Name | Address and Telephone Number | Motorola Expects to Present | Motorola May Call if Need Arises | In person | Via deposition |
|---|---|---|---|---|---|
| Susan Sweeney | Qualcomm Inc.<br>5775 Morehouse Drive<br>San Diego, CA 92121<br>Tel. (858) 587-1121 | √ | | √ | √ |
| Eric Koliander | Qualcomm Inc.<br>5775 Morehouse Dr.<br>San Diego, CA 92121<br>Tel. (858) 587-1121 | √ | | √ | √ |
| David Tom | Apple, Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>Tel. (408) 996-1010 | √ | | √ | √ |
| B.J. Watrous | Apple, Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>Tel. (408) 996-1010 | √ | | √ | √ |
| Charles R. Donohoe | 3701 Glen Eagles Dr.<br>Silver Spring, MD 20906<br>Tel. (301) 603-9451 | √ | | √ | |
| Gregory K. Leonard | 333 Bush Street<br>Suite 1450<br>San Francisco, CA 94104<br>Tel. (415) 906-3220 | √ | | √ | |
| Michael D. Hartogs | 12797 Monterey Cypress Way<br>San Diego, CA 92130<br>Tel. (858) 259-7573 | √ | | √ | √ |
| Timothy Butzow | Apple, Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>Tel. (408) 996-1010 | | √ | √ | √ |

2    CASE NO. 3:12-cv-00355-GPC-BLM
MOTOROLA'S DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3)

| Name | Address and Telephone Number | Motorola Expects to Present | Motorola May Call if Need Arises | In person | Via deposition |
|---|---|---|---|---|---|
| Boris Teksler | 60 Doud Drive Los Altos, CA 94022 Tel. (650) 854-7227 | | √ | √ | √ |
| Raymond Nettleton, Ph.D. | 28852 La Lita Ln. Mission Viejo, CA 92692 Tel. (949) 916-2960 | | √ | √ | |

Motorola's listing of a witness as one it may or will call does not exclude a witness from being called as an impeaching witness. Motorola reserves the right to call any witnesses listed by Apple. Motorola reserves the right to supplement or amend its witness list through and including the time of trial.

## II. BRIEF NARRATIVE OF EXPERT WITNESS QUALIFICATIONS AND SUBSTANCE OF EXPECTED TESTIMONY

### A. Dr. Gregory K. Leonard

Dr. Leonard is a Partner at Edgeworth Economics in San Francisco, California, and received an Sc.B. in Applied Mathematics-Economics from Brown University in 1985 and a Ph.D. in Economics from the Massachusetts Institute of Technology in 1989. Prior to joining Edgeworth, Dr. Leonard was: a senior vice president at NERA, a senior vice president with Lexecon Inc., a founding member and director of Cambridge Economics, Inc., and an assistant professor of economics at Columbia University.

Dr. Leonard's specialties within economics are applied microeconomics, the study of behavior of consumers and firms, and ecometrics, the application of statistical methods to economics data. Dr. Leonard has published a number of articles in scholarly journals, many of which address issues in industrial organization, consumer demand, intellectual property, and econometrics, including publications in *the Journal of Industrial Economics*, the *RAND Journal of Economics*, the *Journal of*

*Econometrics*, the *Berkeley Journal of Technology and Law*, and *les Nouvelles*.

Dr. Leonard's work related to methods for calculating patent damages has been cited by the Federal Trade Commission in its 2011 report on the "Evolving IP Marketplace" and by the Court of Appeals for the Federal Circuit.

The substance of Dr. Leonard's testimony will focus on issues concerning any alleged harm/damages due to Apple based on Motorola's alleged acts, including but not limited to responding to any conclusions or opinions, and supporting reasons, offered by Apple's experts.  Specifically, Dr. Leonard has analyzed the report of Apple's expert witness Michael C. Keeley concerning Apple's alleged harms it has suffered by Motorola's alleged actions.  Dr. Leonard will testify in rebuttal to Dr. Keeley's opinions.

Dr. Leonard's qualifications, experience, analysis, and opinions are set forth more fully in his CV and his Expert Report, any supplement or corrections thereto, and his deposition testimony, incorporated herein.

**B.  Charles R. Donohoe, Esq.**

Mr. Donohoe received a Bachelor of Science degree in Electrical Engineering from The Ohio State University in 1964 and a Master of Science degree in Electrical Engineering from The Ohio State University in 1965. After working as a project engineer at the General Motors Proving Ground in Michigan, Mr. Donohoe received a Juris Doctor degree from the George Washington University in 1970.  Following law school, Mr. Donohoe practiced law at Pennie and Edmonds, and became a partner at Cushman, Darby and Cushman (now Pillsbury Winthrop).

In February of 1989, Mr. Donohoe was employed by Samsung Electronics, Co. Ltd., beginning as Director of Intellectual Property Affairs.  As Director of Intellectual Property Affairs, his responsibilities were to set up the Legal and Intellectual Property Law Department and he was responsible for all intellectual property matters, including the development and implementation of a strategy for the

acquisition, licensing and litigation of patents. His primary focus was the resolution of numerous patent disputes and negotiation of licenses and technology transfer licenses for the semiconductor and consumer products businesses of Samsung. Mr. Donohoe eventually became Executive Vice President and General Patent Counsel at Samsung, responsible for Samsung's litigation policy and handling all of Samsung's litigation matters, including being directly responsible for resolving hundreds of disputes involving the assertion of thousands of patents asserted against Samsung and its U.S. subsidiaries and negotiating over one hundred patent licenses.

Mr. Donohoe has negotiated many patent licenses and managed litigations in the semiconductor and telecommunications field. While as an executive and attorney at Samsung, Mr. Donohoe testified in judicial proceedings a number of times regarding licensing, the interpretation of licenses, reasonable royalty determinations, willful infringement issues, and telecommunications industry custom and practice including those related to licensing activities, negotiations, and strategies.

Following his retirement from Samsung at the end of 2003, Mr. Donohoe was a consultant to Samsung until the end of 2008 on licensing and litigation issues including those relating to standard essential patents. In addition, since 2004, Mr. Donohoe has been in private practice, counseling clients on licensing issues and intellectual property rights strategy.

Mr. Donohoe is expected to testify concerning telecommunications industry custom and practices, including those relating to licensing activities, negotiations, and strategies and is expected to include his opinions regarding the industry practice of licensing patents in the high-technology telecommunication fields including "pass-through" licenses or covenants not to sue in the high-technology telecommunication fields; how such "pass-through" provisions are implemented in practice in the high-technology telecommunications field and can be terminated by defensive suspension based on industry custom and practice and the purpose, use, and application of

defensive suspension provisions in the high-technology telecommunication field; and how certain terms such as "customer" are used in custom and practice in the high-technology telecommunication field.

Mr. Donohoe's qualifications, experience, analysis, and opinions are set forth more fully in his CV and his Expert Witness Report, any supplement or corrections thereto, and his deposition testimony, incorporated herein.

### C.　Raymond Nettleton, Ph.D.

Subject areas as to which the expert is expected to testify: Dr. Nettleton is expected to testify concerning technical issues including, *inter alia*, whether certain Apple products constitute multi-mode subscriber units within the meaning of the Qualcomm-Motorola PLA and whether certain standards, such as the Long Term Evolution ("LTE") Standard operate using OFDM (Orthogonal Frequency Division Multiplexing) technology.

Dr. Nettleton's qualifications, experience, analysis, and opinions are set forth more fully in his CV and his Declaration, incorporated herein.

## III.　DEPOSITION DESIGNATIONS

The identification of those witnesses whose testimony Motorola expects to present by deposition appears above.

The parties have stipulated to the following schedule for designation of the specific testimony for each witness:

March 28, 2014:

Apple's initial designations;

Motorola's initial designations.

April 4, 2014:

Apple's counter-designations and objections to Motorola's initial designations;

Motorola's counter-designations and objections to Apple's initial designations;

April 10, 2014:

Apple's objections to Motorola's counter-designations and Apple's Federal Rule of Civil Procedure 32(a)(6) designations to Motorola's counter-designations; and

Motorola's Objections to Apple's counter-designations and Motorola's Federal Rule of Civil Procedure 32(a)(6) designations to Apple's counter-designations.

## IV. EXHIBITS

The list of exhibits Motorola expects to offer at trial other than for impeachment is attached as Exhibit 1. Motorola reserves the right to supplement or amend its exhibit list through and including the time of trial.

Dated: March 21, 2014                    Respectfully submitted,

**WINSTON & STRAWN LLP**

By: /s/ *Peter J. Chassman*

Peter J. Chassman (admitted *pro hac vice*)
1111 Louisiana, 25th Floor
Houston, Texas 77002-5242
Tel: (713) 651-2623
Fax: (713) 651-2700

Peter E. Perkowski (SBN: 199491)
333 S. Grand Avenue
Los Angeles, California 90071-1541
Tel: (213) 615-1819
Fax: (213) 615-1750

James F. Hurst (admitted *pro hac vice*)
Michael L. Brody (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Tel: (312) 558-5600
Fax: (312) 558-5700

Attorneys for Motorola Mobility LLC

# CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2014, I caused this document to be electronically filed with the Clerk of the Court using the ECF System of the U.S. District of California, which will send notification of such filing to, constituting service of this document on, all filing users.

*/s/ Peter J. Chassman*
Peter J. Chassman