1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| APPLE INC. and APPLE SALES INTERNATIONAL,<br><br>                Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>                Defendant. | Case No.  3:12-cv-00355-GPC-BLM<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY CASE MANAGEMENT CONFERENCE ORDER**<br><br>[Dkt. No. 247.] |

On April 4, 2014, the parties in this case filed their joint motion seeking to modify the Case Management Conference Order. (Dkt. No. 247.) Having reviewed the parties' joint motion, and having found good cause therefor, the Court GRANTS the motion.  Accordingly, the Case Management Conference Oder is modified as follows:

| Event | Present Deadline | New Deadline |
|---|---|---|
| Lodging of Proposed Pretrial Conference Order | April 11, 2014 | May 2, 2014 |

CASE NO. 3:12-cv-00355-GPC-BLM
ORDER

| Event | Present Deadline | New Deadline |
|---|---|---|
| Final Pretrial Conference | April 18, 2014 at 1:30 p.m. | May 9, 2014 at 1:30 p.m. |

**IT IS SO ORDERED.**

DATED: April 4, 2014

HON. GONZALO P. CURIEL
United States District Judge